**EXHIBIT A: CONSENT JUDGMENT**

Keith J. Miller
ROBINSON MILLER LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400
kmiller@rwmlegal.com

*Of Counsel*:

Bruce M. Wexler
Preston K. Ratliff II
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*CL*

*Attorneys for Plaintiffs*
*Actelion Pharmaceuticals Ltd and*
*Actelion Pharmaceuticals US, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD and ACTELION PHARMACEUTICALS US, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>　　　　　　　Defendants. | **Civil Action No. 2:23-cv-00116 (SRC)(ESK)**<br><br>**(Filed Electronically)** |

**CONSENT JUDGMENT**

　　Actelion Pharmaceuticals Ltd ("Actelion Ltd") and Actelion Pharmaceuticals US, Inc. ("Actelion Inc.") (Actelion Ltd and Actelion Inc. collectively, "Actelion"), and Sun Pharmaceutical Industries Limited ("Sun Ltd.") and Sun Pharmaceutical Industries, Inc. ("Sun Inc.") (Sun Ltd. and Sun Inc. collectively, "Sun"), parties in the above-captioned action, have resolved this litigation for good cause and valuable consideration recognized by Actelion and

Sun. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this <u>  11th  </u> day of <u>  December  </u>, 2023:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Sun Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 211123 (including any supplements or amendments thereto or replacements thereof) ("Sun's ANDA No. 211123"); (ii) the term "Licensed Patent" shall mean United States Patent Number 7,094,781; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Sun; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Sun admits that the claims of the Licensed Patent are valid and enforceable, and that the claims of the Licensed Patent would be infringed by the commercial

manufacture, use, sale, offer for sale, or importation of the Sun Product in the United States prior to expiration of the Licensed Patent.

4. Unless otherwise specifically authorized by Actelion, Sun, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patent, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Sun Product in the United States.

5. Compliance with this Consent Judgment may be enforced by Actelion and its successors in interest, or assigns, as agreed by the parties.

6. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment.

7. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

8. Nothing herein shall prohibit or restrict Sun from maintaining or filing Paragraph IV certifications in Sun's ANDA No. 211123 under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) (as amended or supplemented) and nothing herein shall prohibit or restrict the Food and Drug Administration from reviewing or approving Sun's ANDA No. 211123. Each party acknowledges and agrees that the 30-month stay with respect to the approval of Sun's ANDA No. 211123 under 21 U.S.C. § 355(j)(5)(B)(iii) is hereby terminated.

s/ Stanley R. Chesler
_____
Stanley R. Chesler, U.S.D.J.

We hereby consent to the form and entry of this Order:

By: _____*s/ Keith J. Miller*_____　　　By: _____*s/ Gregory D. Miller*_____

Keith J. Miller
ROBINSON MILLER LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400
kmiller@rwmlegal.com

Of Counsel:

Bruce M. Wexler
Preston K. Ratliff II
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiffs
Actelion Pharmaceuticals Ltd and
Actelion Pharmaceuticals US, Inc.*

Gregory D. Miller
Gene Y. Kang
RIVKIN RADLER LLP
25 Main Street Suite 501
Hackensack, New Jersey 07601-7021
(201) 287-2460
Gregory.Miller@rivkin.com
Gene.Kang@rivkin.com

*Attorneys for Defendants, Sun
Pharmaceutical Industries Limited and
Sun Pharmaceutical Industries, Inc.*